IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID SMITH, | ) | 4:13CV3041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SARGENT TURNER, and CORPORAL BELL, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motions to Stay Progression. (Filing Nos. 20 and 24.) Defendants have also filed a Motion to Dismiss and a Motion for Summary Judgment. (Filing Nos. 17 and 21.) Plaintiff has not responded to either Motion. (*See* Docket Sheet.) After careful consideration, the court will grant Defendants' Motions to Stay Progression. The Final Pretrial Conference in this matter, scheduled for July 31, 2014, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion to Dismiss and Motion for Summary Judgment.

IT IS THEREFORE ORDERED that:

1. Defendants' Motions to Stay Progression (filing nos. 20 and 24) are granted.

2. The Clerk of the court is directed to cancel the Final Pretrial Conference in this matter that is scheduled for July 31, 2014. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion to Dismiss and Motion for Summary Judgment.

DATED this 18th day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.