IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAVID SMITH,** | |
| Plaintiff, | 4:13CV3041 |
| vs. | |
| **SARGENT TURNER, in their Individual capacities; CORPORAL BELL, in their Individual capacities; and DIANE SABATKA-RINE, Warden (N.S.P.),** | ORDER |
| Defendants. | |

This matter is before the court following a telephone conference with counsel on June 12, 2015. Andre R. Barry and John Zimmer represented the plaintiff. Bijan Koohmaraie and Kyle J. Citta represented the defendants. The parties agreed to take the plaintiff's deposition on July 17, 2015. Further, any motion for summary judgment on the issues of exhaustion or qualified immunity **shall be filed on or before August 31, 2015.** Ten working days following the ruling on such dispositive motions, counsel for defendants shall schedule and initiate a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling this case to trial.

**IT IS SO ORDERED**.

Dated this 12th day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge